USDC SCAN INDEX SHEET

















JPP 7/13/05 14:05

3:04-CV-02311 TAHITIAN NONI INTL V. TRYTAHITIANNONI.COM

*15*

*M.*

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Micha Danzig (SBN 177923)
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
Telephone: (858) 812-3107
Facsimile: (858) 812-3336

RAY, QUINNEY & NEBEKER
Mark M. Bettilyon (*via pro hac vice*)
Arthur B. Berger (*via pro hac vice*)
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Attorneys for Plaintiff
Tahitian Noni International

FILED
05 JUL -1 PM 3:41
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHITIAN NONI INTERNATIONAL, INC. *dba* MORINDA, INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRYTAHITIANNONI.COM, an Internet Domain Name,<br><br>Defendant. | **CASE NO.** 04 CV 2311 JAH (RBB)<br><br>**NOTICE OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**<br><br>**DATE: September 8, 2005**<br>**TIME: 3:00 P.M.**<br>**JUDGE: Hon. John A. Houston** |

Please take notice that on September 8, 2005 at 3:00 p.m., in accordance with Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Tahitian Noni International, Inc., a Utah Corporation ("Tahitian Noni") hereby moves for entry of default against Defendant Trytahitiannoni.com ("Defendant") for failure to plead or otherwise defend and for entry of default judgment against Defendant, including the entry of a permanent injunction.

The grounds for Tahitian Noni's motion for entry of default, as set forth more fully in the Declaration of Mark M. Bettilyon, are as follows: On November 17, 2004, a Complaint was filed against Defendant alleging claims for cyberpiracy arising out of the registration of an







ORIGINAL

Internet domain name incorporating Plaintiff's registered Tahitian Noni trademark, and Defendant's use of such domain name to host a website purveying hard core pornography. Defendant has been served pursuant to the Anticybersquatting Act and in accordance with Court Order. Despite such service, Defendant has not responded to the Complaint.

The grounds for Tahitian Noni's motion for entry of default judgment, as set forth more fully in the memorandum of law submitted in support of this motion, are that Tahitian Noni has pleaded facts, verified by evidence currently in the record, conclusively establishing Defendant's liability for violation of the Anticybersquatting Consumer Protection Act and justifying entry of a permanent injunction.

WHEREFORE, Tahitian Noni respectfully requests that the Court enter default against Defendant for their failure to plead or otherwise defend within the allowed time and judgment by default in the form of the order attached hereto.

DATED: June 30, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Micha Danzig

Mark M. Bettilyon
Arthur B. Berger
RAY QUINNEY & NEBEKER

Attorneys for Plaintiff TAHITIAN NONI INTERNATIONAL, INC. *dba* MORINDA, INC.

**PROOF OF SERVICE BY MAIL**
**(1013A, 201.5. C.C.P.)**

I am a resident of the United States. I am over the age of eighteen (18) years and I am not a party to the within entitled action. My business address is 4445 Eastgate Mall, Suite 200, San Diego, California 92121.

On July 1, 2005, I served **NOTICE OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT** on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope in the United States mail at San Diego, California addressed as follows:

U. S. Mail: Digitaldomain LLC
70 Marcus Clarke Street
2601 Canberra (ACT)
AUSTRALIA

Facsimile:
Email: superdomainers@yahoo.com
Email: Mrdigitaldomain@yahoo.com

I, Leila Landa, certify and declare under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2005, in San Diego, California.

Leila Landa