USDC SCAN INDEX SHEET










JPP     9/16/05    13:14

3:04-CV-02311    TAHITIAN NONI INTL V. TRYTAHITIANNONI.COM

*20*

*DFLTJGM.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHITIAN NONI INTERNATIONAL, INC. *dba* MORINDA, INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRYTAHITIANNONI.COM, an Internet Domain Name,<br><br>Defendant. | CASE NO. 04 CV 2311 JAH (RBB)<br><br>[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT<br><br>The Honorable John A. Houston |

Plaintiff Tahitian Noni International, Inc.'s ("Plaintiff") Motion for Entry of Default and Default Judgment against defendants TRYTAHITIANNONI.COM came on for hearing on September 8, 2005, before this Court.

After full consideration of the evidence and the arguments of counsel and all other matters presented to the Court, it appears to the satisfaction of this Court that:

1.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and this Court has in rem jurisdiction over the domain name at issue in this matter pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(I).

2.  On February 4, 2005, OnlineNIC, the registrar of the TRYTAHITIANNONI.COM domain name deposited control over the domain name to the Court

and specifically noted that the Court had "complete control and authority over the registration of the TRYTAHITIANNONI.COM domain name registration record."

3. The owners and operators of the websites which are using the domain name at issue in this action were served with the summons and complaint in this action on February 10, 2005 and by publication, in accordance with this Court's March 16, 2005 Order, on April 3, 2005.

4. Defendants have not appeared in this action.

5. None of the defendants is an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act, 50 U.S.C. § 501, et seq.

6. Notice of the application for default judgment was served on defendants on June 30, 2005.

7. There is good cause for the entry of default judgment. Plaintiff is entitled to judgment against defendants for Cyberpiracy under the Anticybersquatting Consumer Protection Act, 15 U.S.C. §1125(d).

On the basis of the foregoing findings of fact and conclusions of law, IT IS HEREBY ORDERED that plaintiff's application for default judgment is granted and:

1. OnlineNIC is hereby ordered to shut down the www.trytahitiannoni.com website.

2. OnlineNIC is further ordered to assign all rights in the TRYTAHITIANNONI.COM domain name to the Plaintiff Tahitian Noni International, Inc.

3. This Court will retain jurisdiction to the extent necessary to enforce this Order and to determine any issues which may arise concerning this Order.

**IT IS SO ORDERED.**

DATED: September 15, 2005

The Honorable John A. Houston
United States District Judge

Prepared and respectfully
submitted by:

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP

By: _____
    Micha Danzig (SBN 177923)


RAY, QUINNEY & NEBEKER
Mark M. Bettilyon (via pro hac vice)
Arthur B. Berger (via pro hac vice)

*Attorneys for Plaintiff* TAHITIAN NONI INTERNATIONAL,
INC. *dba* MORINDA, INC.

## PROOF OF SERVICE BY MAIL
## (1013A, 201.5. C.C.P.)

I am a resident of the United States. I am over the age of eighteen (18) years and I am not a party to the within entitled action. My business address is 4445 Eastgate Mall, Suite 200, San Diego, California 92121.

On September 12, 2005, I served **EX PARTE APPLICATION FOR FILING UNDER SEAL** on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope in the United States mail at San Diego, California addressed as follows:

| | |
|---|---|
| U. S. Mail: | Digitaldomain LLC<br>70 Marcus Clarke Street<br>2601 Canberra (ACT)<br>AUSTRALIA |
| Facsimile:<br>Email:<br>Email: | <br>superdomainers@yahoo.com<br>Mrdigitaldomain@yahoo.com |

I, Patricia Flynn, certify and declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2005, in San Diego, California.

Patricia Flynn